IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01702-RM-MJW

HASCO, INC., of New Mexico,

Plaintiff(s),

v.

FIRST AMERICAN TITLE INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Entry of Protective Order (docket no. 32) is GRANTED finding good cause shown. The written Protective Order (docket no. 32-1) is APPROVED and made an Order of Court.

Date: January 30, 2014