IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01702-RM-MJW

HASCO, INC., of New Mexico,

Plaintiff(s),

v.

FIRST AMERICAN TITLE INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion Regarding Discovery and Mediation (Docket No. 40) is GRANTED.  The Scheduling Order (Docket No. 28) is amended to extend the discovery cutoff date to April 14, 2014 and the dispositive motions deadline to April 23, 2014.

It is FURTHER ORDERED that FATIC's February 5, 2014 Responses to HASCO's Requests for Admission and Requests for Production are deemed timely served, and the Requests for Admission are not to be deemed admitted pursuant to FRCP 36(b) and FATIC's March 10, 2014 final, verified Responses to HASCO's Interrogatories are deemed timely served.

It is FURTHER ORDERED that the parties' request for a Settlement Conference is GRANTED.  The parties are directed to jointly contact the court's chambers (303-844-2403) on or before March 27, 2014 to schedule the Settlement Conference.

Date: March 20, 2014