# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   13-cv-01702-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   May 22, 2014 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| HASCO, INC., of New Mexico, | David R. Ball    (by telephone) |
| Plaintiff(s), | |
| v. | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, | Steven P. Bailey    (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   SETTLEMENT  PLACED  ON  RECORD**
**Court in session:**  9:35 a.m.
Court calls case.  Appearances of counsel.  Also present on the conference call are Plaintiff representative Ms.  Kofron, and Defendant representative Ms. England

The Settlement Agreement is reviewed and placed on the record.  The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and the mutual release information stated by counsel,  and all participants indicate in the affirmative.

**It is ORDERED:**        The Settlement Agreement is approved.

**It is ORDERED:**        A Stipulated Motion to Dismiss shall be filed  **on or before   JUNE 06, 2014.**  Defendant shall prepare the motion to dismiss.
Defendant shall provide Tax ID Number and to whom check is to be made **on or before   MAY 27, 2014.**

As soon as the settlement documents are signed, Defendant shall forthwith request that the check be written, funds be drawn and delivered, which shall be done no later than **JUNE 27, 2014.**

**It is ORDERED:**        All further hearings and settings  before Magistrate Judge Watanabe are VACATED.

**It is ORDERED:**        Plaintiff's Motion for Partial Summary Judgment in its Favor on its Claim for Breach of Contract [Docket No. **44,** filed April 23, 2014] need not be

    addressed by the court and is therefore **WITHDRAWN**.

Hearing concluded.
**Court in recess:**   9:54 a.m.
Total In-Court Time: 00:19

The Court spent a total of 6 hours 49 minutes preparing for and conducting this settlement conference and placing the settlement agreement on the record.