IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-01702-RM-MJW

HASCO, INC. OF NEW MEXICO,

    Plaintiff,

vs.

FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss with Prejudice [ECF No. 57], and being fully advised in the premises, finds that the motion is well taken for the reasons set forth therein, and accordingly grants the motion and further order, adjudges, and decrees that Plaintiff's claims against Defendant in this matter are hereby dismissed with prejudice.

Dated this 10th day of June, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge